**ORDER/COVER SHEET**

**TO:** **Honorable Nathanael Cousins**
**Chief U.S. Magistrate Judge**

**RE:** **STAMP, Michael**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:26-mj-70976-MAG-1**

**Date:** **7/30/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Kaitlin Cagawan | (510) 907-2283 |
|---|---|
| U.S. Pretrial Services Officer Assistant | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________ on ____________ at ____________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________ Presiding District Court Judge ____________

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**ADD** the following condition:

1. Defendant shall not engage in any gambling.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

________________________________________

________________________________________

________________________________________

[signature] July 31, 2026

**JUDICIAL OFFICER** **DATE**